UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROBERT ETRI, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>vs.<br><br>ONE MEDICAL GROUP, INC.,<br><br>    *Defendant*.<br>_____/ | CLASS ACTION<br><br>Case No. 1:22-cv-20831-JLK<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Robert Etri, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Bobby Etri, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: April 01, 2022

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

I hereby certify that on April 01, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                **SHAMIS & GENTILE, P.A.**
                14 NE 1st Ave., Suite 705
                Miami, FL 33132
                Telephone (305) 479-2299
                Facsimile (786) 623-0915
                Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
         Andrew J. Shamis, Esq.
         Florida Bar # 101754

*Counsel for Plaintiff and the Class*